UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 20-10002-CV-MARTINEZ
(15-10009-CR-MARTINEZ)
MAGISTRATE JUDGE REID

HARLEM SUAREZ,

    Movant,

v.

UNITED STATES OF AMERICA,

    Respondent.
    _____/

## **INITIAL ORDER OF INSTRUCTIONS TO *PRO SE* LITIGANT**

At the outset of this case, it is essential that *pro se* Movant understand certain procedural information. It is thus **ORDERED AND ADJUDGED** as follows:

1. No letters can be sent to the Clerk of the Court or to any District Judge or Magistrate Judge concerning the case. All letters will be ignored. A *pro se* litigant may file a motion, a memorandum, any pleading allowed by the procedural rules, or any document ordered by the Court, but no letters will receive a response.

2. A *pro se* litigant and his or her family, friends or acquaintances must not call any Judge's office for any reason. No information about the case can be obtained from the Judge's office. Brief case status information contained on the docket sheet may be available from the Clerk of Court, but no Court employee can provide legal advice to any litigant, *pro se* or otherwise.

3.     A *pro se* litigant must promptly notify the Court in writing of any change of his or her address. This notice must be provided on a paper labeled "Notice of Change of Address" and must include the case number, the litigant's name, and the new address. A copy must be sent to counsel for the opposing side, and the notice shall include a certificate of service that a copy has been sent to counsel for the opposing side. Failure to promptly notify the Court of any change in address may result in dismissal of the case for lack of prosecution.

**DONE AND ORDERED**, at Miami, Florida, this 10th day of January, 2020.

<u>s/Lisette M. Reid</u>
UNITED STATES MAGISTRATE JUDGE

cc:    **Harlem Suarez**
06262-104
Lee-USP
United States Penitentiary
Inmate Mail/Parcels
Post Office Box 305
Jonesville, VA 24263
*PRO SE*

**Noticing 2255 US Attorney**
Email: usafls-2255@usdoj.gov

**Marc Stuart Anton, Esq.**
United States Attorney's Office
500 East Broward Blvd., Suite 700
Ft. Lauderdale, FL 33394
Email: marc.anton@usdoj.gov