UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO: 20-10002-CV-MARTINEZ
(15-10009-CR-MARTINEZ)
MAGISTRATE JUDGE REID

HARLEM SUAREZ,

    Movant,

v.

UNITED STATES OF AMERICA,

    Respondent.
_____/

## ORDER TO MOVANT FOR AMENDED MOTION TO VACATE

This cause is before the Court upon Movant's *pro se* Motion to Vacate, filed pursuant to 28 U.S.C. § 2255. [ECF No. 1]. In the Motion to Vacate, Movant raises three claims. [*Id.*]. However, review of the Motion and the Memorandum of Law in Support shows that Movant has not provided legal argument regarding his second claim and does not provide a factual basis to support this claim. [ECF No. 3].

The Court concludes that the Motion to Vacate should not be served on Respondent until Movant has had an opportunity to cure his Motion to add further facts or legal argument, because, as currently pleaded, Movant's claims may be subject to dismissal or barred from review if not raised in this case.

The Undersigned notes that the Court will only consider claims raised by

Movant in his amended § 2255 motion, and that any claims raised in the first motion to vacate that are not included in the amended motion shall be deemed to be waived. In short, the amended § 2255 motion shall be the operative motion in this case.

Movant is advised that the local rules require that a motion and its incorporated memorandum of law **shall not exceed twenty (20) pages**, and that a reply not exceed ten (10) pages, absent prior permission from the Court. *See* S.D. Fla. L.R. 7.1(c)(2). It is noted that title pages preceding the first page of argument, signature pages, certificates of good faith conference, and certificates of service are not counted for purposes of the local rules. *See id.*

The use of a prescribed form, required by Rule 2(c) Governing § 2255 Proceedings, as well as S.D. Fla. L.R. 88.2(a)(3), was adopted for reasons of administrative convenience. Movant is required to complete the form even if he needs to attach pages setting forth additional grounds and supporting facts.

Accordingly, it is hereby **ORDERED AND ADJUDGED** as follows:

1. On or before February 10, 2020, Movant shall file an amended § 2255 motion that complies with the applicable rules of procedure set forth in this Order, and that cures the pleading deficiencies identified in this Order. The form for § 2255 motions maintained by the Clerk of the Court is being provided to Movant, together with this Order.

2. The amended motion must be labeled "Amended § 2255 Motion" and must show **Case No. 20-10002-CV-MARTINEZ** so that it will be filed in this case.

3. The Amended § 2255 Motion shall be the sole, operative pleading considered in this case, and only the claims listed therein will be addressed by the Court. *Lowery v. Ala. Power Co.*, 483 F.3d 1184, 1219 (11th Cir. 2007); *see also*

S.D. Fla. L.R. 15.1. Therefore, the Amended Motion should in no way refer to Movant's original filing, nor in any way incorporate by reference claims raised or arguments made in that filing. Facts alleged and claims raised in Movant's previous filings that are not specifically repleaded in the Amended Motion will be considered abandoned and voluntarily dismissed. *See id*. The Undersigned further notes that any new grounds for relief must still be filed within the one-year statute of limitations or otherwise properly relate back to an already filed claim to be considered timely.

4. Movant is further advised that submission of exhibits at this time is unnecessary. Respondent will be required to submit in conjunction with its answer those portions of the record that it deems relevant.

5. Movant is cautioned that failure to comply with this order may result in dismissal, and that no further amendments will be permitted absent a showing of good cause.

**DONE AND ORDERED** at Miami, Florida, on this 10th day of January, 2020.

<u>s/Lisette M. Reid</u>
UNITED STATES MAGISTRATE JUDGE

cc: **Harlem Suarez**
06262-104
Lee-USP
United States Penitentiary
Inmate Mail/Parcels
Post Office Box 305
Jonesville, VA 24263
*PRO SE*

**United States of America**
represented by Noticing 2255 U.S. Attorney
Email: usafls-2255@usdoj.gov

**Marc Stuart Anton, Esq.**
United States Attorney's Office
500 East Broward Blvd., Suite 700
Ft. Lauderdale, FL 33394
Email: marc.anton@usdoj.gov

3