AO 243 (Rev. 09/17)

*amended*

# MOTION UNDER 28 U.S.C. § 2255 TO VACATE, SET ASIDE, OR CORRECT SENTENCE BY A PERSON IN FEDERAL CUSTODY

FILED BY _____ D.C.
JAN 3 0 2020
ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - MIAMI

| United States District Court | District |
|---|---|
| Name *(under which you were convicted)*: Harlem Suarez | Docket or Case No.: 20-10002-cv-Martinez |
| Place of Confinement: USP Lee Pennington Gap Virginia | Prisoner No.: 06262-104 |
| UNITED STATES OF AMERICA       V. | Movant *(include name under which convicted)* Harlem Suarez |

## MOTION

1. (a) Name and location of court which entered the judgment of conviction you are challenging:

   Southern District of Florida

   (b) Criminal docket or case number (if you know): 20-10002-cv-martinez

2. (a) Date of the judgment of conviction (if you know): April 19, 2017

   (b) Date of sentencing: April 18, 2017

3. Length of sentence: Life imprisonment

4. Nature of crime (all counts): Count one - attempting to use a weapon of mass destruction
   Count Two attempting to provide material support to a designated foreign Terrorist organization

5. (a) What was your plea? (Check one)
   (1) Not guilty [X]   (2) Guilty [ ]   (3) Nolo contendere (no contest) [ ]

6. (b) If you entered a guilty plea to one count or indictment, and a not guilty plea to another count or indictment, what did you plead guilty to and what did you plead not guilty to?

7. If you went to trial, what kind of trial did you have? (Check one)   Jury [X]   Judge only [ ]

8. Did you testify at a pretrial hearing, trial, or post-trial hearing?   Yes [X]   No [ ]

Page 2 of 13

AO 243 (Rev. 09/17)

8. Did you appeal from the judgment of conviction?  Yes [X]  No [ ]

9. If you did appeal, answer the following:
   (a) Name of court: U.S court of appeals For The eleventh circuit
   (b) Docket or case number (if you know): 17-11906
   (c) Result: Judgment affirmed
   (d) Date of result (if you know): June 27, 2018
   (e) Citation to the case (if you know): ___
   (f) Grounds raised: I & II - sufficiency of evidence counts one and Two
   III - eighth amendment violation
   IV & V - unreasonable or unlawful Sentence

   (g) Did you file a petition for certiorari in the United States Supreme Court? Yes [X]  No [ ]
   If "Yes," answer the following:
   (1) Docket or case number (if you know): 18-6808
   (2) Result: Petition Denied
   (3) Date of result (if you know): January 7, 2019
   (4) Citation to the case (if you know): ___
   (5) Grounds raised: I - sufficiency of evidence - interstate nexus
   II - eighth amendment violation

10. Other than the direct appeals listed above, have you previously filed any other motions, petitions, or applications, concerning this judgment of conviction in any court?
    Yes [ ]  No [X]

11. If your answer to Question 10 was "Yes," give the following information:
    (a) (1) Name of court: ___
        (2) Docket or case number (if you know): ___
        (3) Date of filing (if you know): ___

AO 243 (Rev. 09/17)

  (4) Nature of the proceeding: _____

  (5) Grounds raised:

  (6) Did you receive a hearing where evidence was given on your motion, petition, or application?
    Yes ☐   No ☐
  (7) Result: _____
  (8) Date of result (if you know): _____

(b) If you filed any second motion, petition, or application, give the same information:
  (1) Name of court: _____
  (2) Docket of case number (if you know): _____
  (3) Date of filing (if you know): _____
  (4) Nature of the proceeding: _____
  (5) Grounds raised:

  (6) Did you receive a hearing where evidence was given on your motion, petition, or application?
    Yes ☐   No ☐
  (7) Result: _____
  (8) Date of result (if you know): _____

(c) Did you appeal to a federal appellate court having jurisdiction over the action taken on your motion, petition, or application?
  (1) First petition:   Yes ☐   No ☐
  (2) Second petition:   Yes ☐   No ☐

(d) If you did not appeal from the action on any motion, petition, or application, explain briefly why you did not:

AO 243 (Rev. 09/17)

12. For this motion, state every ground on which you claim that you are being held in violation of the Constitution, laws, or treaties of the United States. Attach additional pages if you have more than four grounds. State the facts supporting each ground. Any legal arguments must be submitted in a separate memorandum.

**GROUND ONE:** Whether Mr. Suarez was competent to understand the Trial Proceedings

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):

At any time after the commencement of a prosecution for an offense and prior to the sentence of the defendant or at any time after the commencement or probation or supervised release and prior to the completion of the sentence. The defendant or the attorney for the Government may fill a motion for a Hearing To determine the mental competency of the defendant. See also memorandum

(b) **Direct Appeal of Ground One:**
 (1) If you appealed from the judgment of conviction, did you raise this issue?
   Yes ☐    No ☒
 (2) If you did not raise this issue in your direct appeal, explain why:

(c) **Post-Conviction Proceedings:**
 (1) Did you raise this issue in any post-conviction motion, petition, or application?
   Yes ☐    No ☒
 (2) If you answer to Question (c)(1) is "Yes," state:

Type of motion or petition: My Lawyer stated the issue will be brought up with in other issues
Name and location of the court where the motion or petition was filed:

Docket or case number (if you know): 
Date of the court's decision: 
Result (attach a copy of the court's opinion or order, if available):

 (3) Did you receive a hearing on your motion, petition, or application?
   Yes ☐    No ☒

AO 243 (Rev. 09/17)

(4) Did you appeal from the denial of your motion, petition, or application?
Yes ☐   No ☒

(5) If your answer to Question (c)(4) is "Yes," did you raise the issue in the appeal?
Yes ☐   No ☐

(6) If your answer to Question (c)(4) is "Yes," state:
Name and location of the court where the appeal was filed:

_____

Docket or case number (if you know): _____
Date of the court's decision: _____
Result (attach a copy of the court's opinion or order, if available):

_____

(7) If your answer to Question (c)(4) or Question (c)(5) is "No," explain why you did not appeal or raise this issue: This issue was not raised due to the fact that my attorney stated that raising this issue within others would suffice

**GROUND TWO:** Whether Mr. Suarez attorney was ineffective during his representation

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):
My attorney failed to jury instructions that prejudiced me with jurors

My attorney failed to ask that the competency judgment be reconsidered

(b) **Direct Appeal of Ground Two:**
(1) If you appealed from the judgment of conviction, did you raise this issue?
Yes ☐   No ☒

AO 243 (Rev. 09/17)

    (2) If you did not raise this issue in your direct appeal, explain why:

_Again my attorney claimed The issue will be raised with in other issue_

(c) **Post-Conviction Proceedings:**

    (1) Did you raise this issue in any post-conviction motion, petition, or application?

        Yes ☐    No ☒

    (2) If you answer to Question (c)(1) is "Yes," state:

    Type of motion or petition: _____

    Name and location of the court where the motion or petition was filed:

_____

    Docket or case number (if you know): _____

    Date of the court's decision: _____

    Result (attach a copy of the court's opinion or order, if available):

    (3) Did you receive a hearing on your motion, petition, or application?

        Yes ☐    No ☒

    (4) Did you appeal from the denial of your motion, petition, or application?

        Yes ☐    No ☒

    (5) If your answer to Question (c)(4) is "Yes," did you raise the issue in the appeal?

        Yes ☐    No ☒

    (6) If your answer to Question (c)(4) is "Yes," state:

    Name and location of the court where the appeal was filed:

_____

    Docket or case number (if you know): _____

    Date of the court's decision: _____

    Result (attach a copy of the court's opinion or order, if available):

    (7) If your answer to Question (c)(4) or Question (c)(5) is "No," explain why you did not appeal or raise this issue: _Me and my attorney disagreed about How my Case will be Handled_

AO 243 (Rev. 09/17)

**GROUND THREE:** Whether mr. Suarez provided material support or resources to a designated foreign Terrorist organization

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):

There was no evidence Provided To Show That I Had Contact with a designated Foreign Terrorist organization The only evidence was speculation. See memorandum

(b) **Direct Appeal of Ground Three:**

    (1) If you appealed from the judgment of conviction, did you raise this issue?
        Yes [X]  No [ ]

    (2) If you did not raise this issue in your direct appeal, explain why:

(c) **Post-Conviction Proceedings:**

    (1) Did you raise this issue in any post-conviction motion, petition, or application?
        Yes [ ]  No [ ]

    (2) If you answer to Question (c)(1) is "Yes," state:

Type of motion or petition:

Name and location of the court where the motion or petition was filed:

Docket or case number (if you know):

Date of the court's decision:

Result (attach a copy of the court's opinion or order, if available):

    (3) Did you receive a hearing on your motion, petition, or application?
        Yes [ ]  No [X]

    (4) Did you appeal from the denial of your motion, petition, or application?
        Yes [X]  No [ ]

    (5) If your answer to Question (c)(4) is "Yes," did you raise the issue in the appeal?
        Yes [X]  No [ ]

AO 243 (Rev. 09/17)

(6) If your answer to Question (c)(4) is "Yes," state:

Name and location of the court where the appeal was filed:

Docket or case number (if you know):

Date of the court's decision:

Result (attach a copy of the court's opinion or order, if available):

(7) If your answer to Question (c)(4) or Question (c)(5) is "No," explain why you did not appeal or raise this issue:

**GROUND FOUR:** Whether Mr. Suarez without Lawful authority, used Threatened or attempted or conspired To use a weapon of mass destruction

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):

The offense or result of the offense must affect interstate or Foreign Commerce or in The Case of a Threat attempt or a conspiracy, would Have affect interstate or Foreign Commerce The Government Fal To prove The interstate nexus Beyond a reasonable doubt

(b) **Direct Appeal of Ground Four:**

(1) If you appealed from the judgment of conviction, did you raise this issue?
Yes [X]   No [ ]

(2) If you did not raise this issue in your direct appeal, explain why:

(c) **Post-Conviction Proceedings:**

(1) Did you raise this issue in any post-conviction motion, petition, or application?
Yes [ ]   No [ ]

(2) If you answer to Question (c)(1) is "Yes," state:

AO 243 (Rev. 09/17)

Type of motion or petition: _____

Name and location of the court where the motion or petition was filed:

_____

Docket or case number (if you know): _____

Date of the court's decision: _____

Result (attach a copy of the court's opinion or order, if available):

_____

(3) Did you receive a hearing on your motion, petition, or application?
Yes ☐   No ☒

(4) Did you appeal from the denial of your motion, petition, or application?
Yes ☐   No ☒

(5) If your answer to Question (c)(4) is "Yes," did you raise the issue in the appeal?
Yes ☐   No ☒

(6) If your answer to Question (c)(4) is "Yes," state:

Name and location of the court where the appeal was filed:

_____

Docket or case number (if you know): _____

Date of the court's decision: _____

Result (attach a copy of the court's opinion or order, if available):

_____

(7) If your answer to Question (c)(4) or Question (c)(5) is "No," explain why you did not appeal or raise this issue:

_____

13. Is there any ground in this motion that you have not previously presented in some federal court? If so, which ground or grounds have not been presented, and state your reasons for not presenting them:

AO 243 (Rev. 09/17)

14. Do you have any motion, petition, or appeal now pending (filed and not decided yet) in any court for the you are challenging?   Yes ☐   No ☒

If "Yes," state the name and location of the court, the docket or case number, the type of proceeding, and the issues raised.

15. Give the name and address, if known, of each attorney who represented you in the following stages of the judgment you are challenging:

(a) At the preliminary hearing:

(b) At the arraignment and plea:

(c) At the trial:

(d) At sentencing:

(e) On appeal:
Bernardo Lopez, AFPD, 1E. Broward blvd, suite 1100, FT lauderdale, FL 33301

(f) In any post-conviction proceeding:

(g) On appeal from any ruling against you in a post-conviction proceeding:

16. Were you sentenced on more than one court of an indictment, or on more than one indictment, in the same court and at the same time?   Yes ☒   No ☐

17. Do you have any future sentence to serve after you complete the sentence for the judgment that you are challenging?   Yes ☐   No ☒

(a) If so, give name and location of court that imposed the other sentence you will serve in the future:

(b) Give the date the other sentence was imposed:
(c) Give the length of the other sentence:
(d) Have you filed, or do you plan to file, any motion, petition, or application that challenges the judgment or sentence to be served in the future?   Yes ☐   No ☐

AO 243 (Rev. 09/17)

Therefore, movant asks that the Court grant the following relief:

_____

or any other relief to which movant may be entitled.

                                                                      _____
                                                                       Signature of Attorney (if any)

I declare (or certify, verify, or state) under penalty of perjury that the foregoing is true and correct and that this Motion under 28 U.S.C. § 2255 was placed in the prison mailing system on _____1 - 21 - 2020_____.
                                                                                      (month, date, year)

Executed (signed) on _____[signature]_____ (date)

                                                                        _____
                                                                       Signature of Movant

If the person signing is not movant, state relationship to movant and explain why movant is not signing this motion.



Harlem Suarez
06262 104
USP Lee
P.O Box 305
Jonesville, VA, 24263

Legal w

3B

United
Southern
Office of
Room 2
400 NORT

U.S. PENITENTIARY - LEE COUNTY
PO Box 900 - Jonesville, VA 24263
DATE  1-23-2020

*Special / Legal Mail*

The enclosed letter was processed through special mailing procedures for forwarding to you. The letter has been neither opened nor inspected. If the writer raises a question or problem over which this facility has jurisdiction, then you may wish to return the material for further information or clarification. If the writer encloses correspondence for forwarding to another addressee, please return the enclosure to the above address.

