UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
KEY WEST DIVISION
Case Number: 20-10002-CIV-MARTINEZ-REID
Criminal Case Number: 15-10009-CR-MARTINEZ

HARLEM SUAREZ,

    Movant,

vs.

UNITED STATES OF AMERICA,

    Respondent.
_____/

## ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

THIS CAUSE was referred to the Honorable Lisette M. Reid, United States Magistrate Judge, for a Report and Recommendation ("R&R") on all dispositive matters, [ECF No. 2]. On January 7, 2020, Movant filed a Motion to Vacate, Set Aside or Correct his Sentence ("Motion to Vacate") pursuant to 28 U.S.C. § 2255. After initial screening, Magistrate Judge Reid filed an Order requiring Movant to file an Amended § 2255 Motion to Vacate to cure certain pleading deficiencies. [ECF No. 6]. Movant timely complied. [ECF No. 7].

After screening the Amended Motion to Vacate, as well as the Government's Response to the Motion to Vacate, [ECF No. 11], Magistrate Judge Reid filed an R&R recommending that the Amended Motion to Vacate be denied. The R&R specifically warned Movant that failure to file timely objections by January 25, 2021 would bar a *de novo* determination by the undersigned and would also constitute a waiver of Movant's right to challenge the order on appeal. [ECF No. 11 at 8]. On February 2, 2021, a Notice of Filing, signed by the Movant on January 23, 2021, but processed by his correctional facility on January 27, 2021, was docketed by the Clerk. [ECF No.

19]. This handwritten document was written in Spanish. The Clerk filed a Notice of Filing Deficiency on the same date, notifying Movant—for the second time, [ECF No. 17]—that translation is not provided for documents written in a foreign language. [ECF No. 20]. Noting the issue, the Court *sua sponte* granted an extension for Movant to file his objections up to and including March 2, 2021. [ECF No. 21]. Movant then requested an additional extension of at least thirty days to file his objections. [ECF No. 22]. On March 9, 2021, the Court granted Movant's Motion for an extension and ordered that his objections be filed on or before April 2, 2021. [ECF No. 23].

The time to file objections has since passed, and to date, Movant has failed to do so. The Court has reviewed the R&R and the pertinent portions of the record, including the relevant portions of the criminal proceedings. After careful consideration, and again noting that Movant has not filed any objections, it is hereby:

**ADJUDGED** that United States Magistrate Judge Reid's Report and Recommendation, [ECF No. 11], is **AFFIRMED** and **ADOPTED**.

Accordingly, it is **ADJUDGED** that:

1. Movant's Amended § 2255 Motion to Vacate, [ECF No. 7], is **DENIED**.

2. This case is **CLOSED**, and all pending motions are **DENIED AS MOOT**.

DONE AND ORDERED in Chambers at Miami, Florida, this 12th day of April, 2021.

 _____
JOSE E. MARTINEZ
UNITED STATES DISTRICT JUDGE

Copies provided to:
Magistrate Judge Reid
All Counsel of Record
Harlem Suarez, *pro se*